U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 0 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DONNA YOUNG | * | CIVIL ACTION NO. 06-1570 |
| VERSUS | * | JUDGE DRELL |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | * | MAG. JUDGE KIRK |

* * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Place Administrative Record under Seal,

IT IS ORDERED that pursuant to the Health Insurance Portability and Accountability Act ("HIPPA"), specifically 42 U.S.C. §1320d and Section 1320d-6, defendant Unum Life Insurance Company of America's Motion to Place Administrative Record under Seal is GRANTED.

IT IS FURTHER ORDERED that the Administrative Record, bates stamped UACL 00001 through UACL 01314 be maintained as part of the Court Record of the Clerk of Court, but sealed from public access. All parties, judges and their respective staff, court personnel, and counsel of record in the captioned matter shall be permitted access to the Administrative Record at all times during this litigation and any appeal proceedings that may occur.

Alexandria, Louisiana, this _____ day of _____, 2007.

~~JUDGE~~
JAMES D. KIRK
United States Magistrate Judge