U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **DONNA YOUNG** | **CIVIL ACTION NO. 06-1570** |
| -vs- | **JUDGE DRELL** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Before the court is the magistrate judge's report and recommendation (Doc. 31) on the merits of this ERISA case, recommending that plaintiff Donna Young's claim be granted and that long-term disability benefits be reinstated. Following objections filed by defendant Unum Life Insurance Company of America ("Unum") and oral argument held on December 10, 2007, we now adopt the magistrate judge's report and recommendation for the reasons stated therein and make the following additional observations:

A significant point of contention in this case is what constitutes primarily "self-reported symptoms." The policy defines "self-reported symptoms" as "the manifestations of your condition which you tell your physician, that are **not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine**. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy." (UACL 01275-76) (emphasis added). In his report for Unum, Dr. Woolson

Doane, MD, explained that a diagnosis of fibromyalgia "does not equate with a disease process but rather a set of symptoms for which the ACR developed a case definition. . . . These **clinical (pressure point pain) findings** must exist in the **absence of objective findings of other conditions that would result in such symptoms**. Please see detailed review of medical information by A. M. Pidgeon, RN for discussion of **clinical findings**." (UACL 00366) (emphasis added).

Nurse Pidgeon's Medical Analysis Checklist is a table quoting from the findings of Dr. Foret, MD (Internal Medicine) and Dr. Shbeeb, MD (Rheumatology), Young's treating physicians. Under "Current Status and Follow-Up" relating to fibromyalgia and chronic fatigue syndrome, Nurse Pidgeon quotes Dr. Foret as follows: "her pain control muscle spasm and the number of trigger points she actually has is decreased due to the waxing and waning of the disease . . . it has taken quite a while to get her to this improvement," and "[she] has experienced intermittent concentration problems, memory problems, chronic pain, and **multiple trigger points** at times have required narcotic pain medicines to control." (UACL 00358) (emphasis added). She quotes Dr. Shbeeb as follows: "has underlying fibromyalgia . . . over the past six or seven years Ms. Donna did not develop any features to suggest rheumatoid arthritis/connective tissue disease," and "physical examination was remarkable for widespread muscle attachment tender points commonly seen in fibromyalgia patients." (Id.).

Thus, in the clinical pressure point findings, Unum had before it objective evidence that Young suffered from fibromyalgia and no evidence that the findings were based on any other condition, e.g., rheumatoid arthritis or connective tissue disease.

Based on Dr. Doane's report, we would expect these pressure point findings to have been further explored, given that they were "verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine." Instead, Unum ignored that objective verification and hastened to characterize the diagnosis as one "primarily based on self-reported symptoms" with virtually no discussion of how the objective tests and clinical examinations fit into that determination.[1] Simply put, that is an abuse of discretion.

For the reasons contained in the magistrate judge's report and recommendation previously filed herein and those assigned above; after an independent review of the entire record, including the written objections and oral argument; and concurring with the magistrate judge's findings under the applicable law:

IT IS ORDERED that because the Administrator abused its discretion, plaintiff Donna Young's claim is hereby GRANTED, and long-term disability benefits shall be reinstated effective January 19, 2006.

SIGNED on this 10th day of December, 2007 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

---

[1] What little discussion exists undermines Unum's case. For example, the following is from a Unum document dated March 8, 2005:

> 3/8/05 attorney called and stated that he would like to discuss now if possible – we discussed this clmt's file regarding fibromyalgia – is it considered self report. Attorney Brent William states that when we talk about self report symptoms, we have to look at symptoms – not the actual diagnosis. Pain all over body is not objectifiable as there are no actual tests **but fibromyalgia has the 18 tender point exam**.

(UACL 00882) (emphasis added).